IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEREK UTLEY                                                                                      PLAINTIFF

V.                           CASE NO. 3:17-CV-00057-JTK

NANCY A. BERRYHILL, *Commissioner*
Social Security Administration                                                          DEFENDANT

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of § 405(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 21st day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE